# JacksonLewis

**Jackson Lewis P.C.**
200 Connell Drive, Suite 2000
Berkeley Heights NJ  07922
(908) 795-5200 Direct
(908) 464-2614 Fax
jacksonlewis.com
Jason C. Gavejian – Managing Principal

JAMES M. MCDONNELL, ESQ.
JAMES.MCDONNELL@JACKSONLEWIS.COM

September 26, 2023

**VIA ECF**
The Honorable Jose R. Almonte, U.S.M.J.
U.S. District Court, District of New Jersey
2 Federal Square
Newark, New Jersey 07102

        Re:    Joanna Manis v. Singer Holding Corporation
               Case No. 2:23-cv-03339-KM-JRA

Dear Judge Almonte:

      We represent Defendant in the above-matter and report that the parties have reached a tentative resolution. The parties jointly request an adjournment of the scheduled scheduling conference set for tomorrow at September 27, 2023 at 3:30pm.

      If the Court requires any further information, we shall make ourselves available.

      Respectfully submitted,

      Jackson Lewis, P.C.

      *s/ James M. McDonnell*
      James M. McDonnell

cc: All counsel of record (via ECF)

4890-3670-0290, v. 1