UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOANNA MANIS, individually and on behalf of all others similarly situated, | CASE NO. 2:23-cv-03339-KM-JRA |
| Plaintiff, | FLSA Collective Action<br>Rule 23 Class Action |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| SINGER HOLDING CORPORATION d/b/a ROBISON OIL, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), the undersigned parties hereby stipulate to the dismissal of this action with prejudice as to all claims, causes of action, and parties, with each party to bear its own attorneys' fees and costs.

JOSEPHSON DUNLAP LLP
Attorneys for Plaintiff

By: */s/ Andrew W. Dunlap*
　　Andrew W. Dunlap, Esq.

Dated: November 27, 2023

JACKSON LEWIS P.C.
Attorneys for Defendant

By: */s/ James M. McDonnel*
　　James M. McDonnell, Esq.

Dated: November 27, 2023

**SO ORDERED:**

_____
*HON. MADELINE COX ARLEO*
*UNITED STATES DISTRICT JUDGE*

Dated: 12/13/23

4857-4148-0851, v. 1